**Reinstated; Motion Granted; Dismissed and Memorandum Opinion filed February 4, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00432-CV

## PRABHA BHALLA, M.D., Appellant

## V.

## CRAIG JAMES WOOLDRIDGE AND EVA WOOLDRIDGE, Appellees

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-56213**

# M E M O R A N D U M   O P I N I O N

This is an appeal from the trial court's interlocutory order signed April 26, 2013. On January 30, 2014, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.